MARY E. BURRILL, Appellant, *v.* TOWN OF RUSSIA et al., Respondents.

(Argued November 29, 1932; decided February 28, 1933.)

*Charles B. Hane* for appellant.

*George H. Bunce* for Town of Russia and County of Herkimer, respondents.

*William R. Lee* for Town of Trenton, respondent.

*Harry N. Harrington* for County of Oneida, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.